## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EMMETT CALDWELL

      **Plaintiff,**

      **v.**

MUNICIPALITY OF SAN JUAN, ET AL.

      **Defendants.**

Civil No. 22-1062 (ADC)

### OPINION AND ORDER

On February 2, 2022, plaintiff filed an "Application to proceed in District Court without prepaying fees or costs." **ECF No. 1**. On February 10, 2022, the Court entered an Opinion and Order denying plaintiff's "Application to proceed in District Court without prepaying fees or costs." **ECF No. 6**. The Court held in abeyance pending motions and granted plaintiff until March 10, 2022 to comply and pay the applicable filings fees. *Id*. The Court explicitly warned plaintiff that failure to comply would entail sanctions including dismissal of this action. *Id*.

Plaintiff failed to comply with the Opinion and Order. Instead, plaintiff submitted two filings unrelated to the Opinion and Order at **ECF No. 6**. *See* **ECF Nos. 7**, **8**. In an abundance of caution, even though plaintiff did not request an extension of time, on April 18, 2022, the Court entered yet another order granting plaintiff a final extension for time to comply with the Opinion and Order at **ECF No. 6**. *See* **ECF No. 9**. Therein, once again, the Court warned plaintiff that failure to comply would entail dismissal of the action. However, plaintiff failed to comply. To

this date, plaintiff has failed to pay this District Court's filing fees, has not complied with this Court's orders, and has not moved for an extension to do so.

Accordingly, the case is hereby **DISMISSED**. All pending motions and pleadings are **DENIED as MOOT.** Clerk of Court shall enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 3rd day of May, 2022.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**